UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL DOLBOW,

    Plaintiff,

-vs-                                    CASE NO.:  6:17-CV-01543-ORL-KRS

AARGON AGENCY, INC.,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

    Plaintiff, Michael Dolbow, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

    I hereby certify that on April 20, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Eric W. Neilsen, Esquire, Neilsen Law Group, P.A., 100 2nd Avenue North, Ste. 240, St Petersburg, FL  33701 (eneilsen@neilsenlawgroup.com and eneilsen@outlook.com).

                                                  */s/Frank H. Kerney, III, Esquire*
                                                  Frank H. Kerney, III, Esquire
                                                  Florida Bar #: 88672
                                                  Morgan & Morgan, Tampa, P.A.
                                                  One Tampa City Center
                                                  201 North Franklin Street, 7th Floor
                                                  Tampa, FL 33602
                                                  Telephone: (813) 223-5505
                                                  Facsimile:  (813) 223-5402
                                                  fkerney@forthepeople.com
                                                  jkneeland@forthepeople.com
                                                  snazario@forthepeople.com
                                                  Counsel for Plaintiff