# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICHAEL DOLBOW,**

      **Plaintiff,**

**v.**                                           **Case No:   6:17-cv-1543-Orl-KRS**

**AARGON AGENCY, INC.,**

      **Defendant.**

## ORDER OF DISMISSAL

(And Direction to Clerk of Court)

The Court has been advised by Plaintiff that the above-styled action has settled. Doc. No. 27. Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this case is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final order or judgment. Any pending motions are **DENIED** as moot. The **Clerk of Court** is **DIRECTED** to close the file.

**DONE** and **ORDERED** in Orlando, Florida on June 21, 2018.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE